OPINION — AG — BOOK VALUE MAY NOT BE USED IN LIEU OF " FAIR CASH VALUE " WHEN APPRAISING REAL PROPERTY ASSETS FOR AD VALOREM TAX PURPOSES. (AD VALOREM TAX ASSESSMENT) CITE: 68 O.S. 1978 Supp., 2427 [68-2427](A), 68 O.S. 1978 Supp., 2481.6 [68-2481.6] 68 O.S. 1978 Supp., 2481.8 [68-2481.8], ARTICLE X, SECTION 8 (VICTOR HILL JR) 68 O.S. 2427 [68-2427] (C)(2)